**Vincent U. SOLOMON, Plaintiff-Appellant,**

v.

**M. CARRASCO; M. Dailo, Defendants-Appellees.**

**No. 16-15436**

United States Court of Appeals, Ninth Circuit.

Submitted April 11, 2017 *

Filed April 19, 2017

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

*** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Vincent U. Solomon, Pro Se

Neah Huynh, Deputy Attorney General, AGCA—Office of the California Attorney General, San Francisco, CA, for Defendants-Appellees

Before: GOULD, CLIFTON, and HURWITZ, Circuit Judges.

### MEMORANDUM **

California state prisoner Vincent U. Solomon appeals pro se from the district court's judgment dismissing for failure to comply with court orders his 42 U.S. § 1983 action alleging constitutional violations. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion, *Pagtalunan v. Galaza*, 291 F.3d 639, 640 (9th Cir. 2002), and we affirm.

The district court did not abuse its discretion in dismissing Solomon's action after Solomon failed to comply with court orders or meet deadlines, despite being warned that failure to comply would result in dismissal. *See id.* at 642-43 (setting forth the factors to consider before dismissing for failure to comply with a court order).

We reject as unsupported by the record Solomon's contention that the district court judge was biased.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).